In the Matter of ARCH-BILT CONTAINER CORP. et al., Appellants, v. ARTHUR I. FISHER et al., Respondents.—

opinion. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.